1
2
3
4
5
6
7
8

UNITED STATES DISCTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11
12

| | |
|---|---|
| XPEM, INC., doing business as POOL SUPPLY WORLD, | CASE NO.  2:10-CV-00525-MCE-GGH |
| Plaintiff, | **ORDER EXTENDING DEADLINE SET BY COURT** |
| v. | |
| CHERI BARNES, individually; CHERI BARNES doing business as POOLSUPPLY4LESS; GREGORY BARNES, individually; GREGORY BARNES doing business as POOLSUPPLY4LESS; and DOES 1 through 100, inclusive, | |
| Defendants. | |

13
14
15
16
17
18
19
20
21

IT IS HEREBY ORDERED that either Plaintiff file a dismissal by July 20, 2010, or the

22

Court will do so on its own motion.  There will be no further extensions of the date.

23

IT IS SO ORDERED.

24

DATED:  July 7, 2010

25
26

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

27
28

16F481B6.doc

**ORDER
CASE NO. 2:10-CV-00525-MCE-GGH**

PDF created with pdfFactory trial version www.pdffactory.com